

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00310-CR

| | | |
|---|---|---|
| STEVEN MAYLE, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1693326) |
| V. | § | September 11, 2025 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Mike Wallach
     Justice Mike Wallach